1  Joseph Lavi, Esq. (SBN 209776)
   Email: jlavi@lelawfirm.com
2  Vincent C. Granberry, Esq. (SBN 276483)
   Email: vgranberry@lelawfirm.com
3  Courtney M. Miller, Esq. (SBN 327850)
4  Email: cmiller@lelawfirm.com
   **LAVI & EBRAHIMIAN, LLP**
5  8889 W. Olympic Boulevard, Suite 200
   Beverly Hills, California 90211
6  Telephone: (310) 432-0000
7  Facsimile: (310) 432-0001

8  Attorneys for Plaintiff RAYLENE ESPINOSA,
   on behalf of herself and others similarly situated
9

10 *Additional Counsel Next Page*

11
                **UNITED STATES DISTRICT COURT**
12
                **CENTRAL DISTRICT OF CALIFORNIA**
13

14

| RAYLENE ESPINOSA, on behalf of herself and others similarly situated, | Case No.: 2:20-cv-08084-JAK-KK |
|---|---|
| Plaintiff, | CLASS ACTION |
| vs. | **JOINT STIPULATION TO DISMISS CLASS ACTION ALLEGATIONS WITHOUT PREJUDICE AND INDIVIDUAL CLAIMS WITH PREJUDICE** |
| RSCR CALIFORNIA, INC.; RSCR INLAND, INC.; RESCARE POMONA VALLEY; RESCARE; and DOES 1 to 100, Inclusive, | |
| Defendants. | Action Filed:    June 8, 2020<br>Action Removed: September 3, 2020<br>Trial Date:       None |

**JOINT STIPULATION TO DISMISS ACTION**

1

Phil J. Montoya, Jr. (SBN 124085)
Email: pmontoya@hpylaw.com
**HAWKINS PARNELL & YOUNG, LLP**
445 South Figueroa Street, Suite 3200
Los Angeles, California 90071-1651
Telephone: (213) 486-8000
Facsimile: (213) 486-8080

Matthew A. Boyd
*(admitted pro hac vice)*
Georgia Bar No. 027645
Email: mboyd@hpylaw.com
**HAWKINS PARNELL & YOUNG, LLP**
303 Peachtree Street, N.E., Suite 4000
Atlanta, Georgia 30308
Telephone: (404) 614-7400
Facsimile: (404) 614-7500

Attorneys for Defendants
RSCR CALIFORNIA, INC.; RES-CARE, INC.;
and RSCR INLAND, INC.

Plaintiff RAYLENE ESPINOSA ("Plaintiff") and Defendants RSCR CALIFORNIA, INC.; RES-CARE, INC.; and RSCR INLAND, INC. (collectively "Defendants") (Plaintiff and Defendants collectively, the "Parties") by and through their respective counsel of record, hereby stipulate pursuant to Rule 41(a)(1)(A) of the Federal Rules of Civil Procedure as follows:

**WHEREAS**, Plaintiff filed a Class Action Complaint in the Superior Court of California, County of Los Angeles, on June 8, 2020, Case No. 20STCV21959 ("Instant Action");

**WHEREAS**, Defendants removed the Instant Action to the United States District Court for the Central District of California, on September 30, 2020;

**WHEREAS**, the Parties agree that Plaintiff is barred from pursuing class action claims in light of the class action settlement in *Christine Anderson v. RSCR California, Inc., et al.*, San Bernardino Superior Court Case No. CIVDS1827742;

**WHEREAS**, the Parties wish to effect dismissal of Plaintiff's class action claims from this lawsuit without prejudice;

**WHEREAS**, the Parties wish to effect dismissal of Plaintiff's individual claims from this lawsuit with prejudice;

**WHEREAS**, Defendants waive any and all existing claims for malicious prosecution and/or abuse of process in connection with Plaintiff's assertion of class action allegations and individuals claims; and hereby waive any and all existing right to recover attorneys' fees and costs associated with Plaintiff's assertion of class action allegations and individual claims from Plaintiff and Plaintiff's counsel; and

**WHEREAS**, each of the Parties agrees to bear their own fees and costs, if any, incurred in this action.

**NOW THEREFORE**, subject to the Court's approval, the Parties hereby **STIPULATE**:

1. Plaintiff's class action claims are dismissed from this lawsuit without prejudice;

2. Plaintiff's individual claims are dismissed from this lawsuit with prejudice;

3. Defendants waive any and all existing claims for malicious prosecution and/or abuse of process in connection with Plaintiff's assertion of class action allegations and individuals claims; and waive any and all existing right to recover attorneys' fees and costs associated with Plaintiff's assertion of class action allegations and individual claims from Plaintiff and Plaintiff's counsel;

4. Each of the Parties agrees to bear their own fees and costs, if any, incurred in this action; and

5. The action be dismissed in its entirety.

**IT IS SO STIPULATED.**

Dated: January 27, 2023

Respectfully submitted,
**LAVI & EBRAHIMIAN, LLP**

By: /s/ Courtney M. Miller
Joseph Lavi, Esq.
Vincent C. Granberry, Esq.
Courtney M. Miller, Esq.
Attorneys for Plaintiff
RAYLENE ESPINOSA, on behalf of herself and others similarly situated

Dated: January 27, 2023

Respectfully submitted,
**HAWKINS PARNELL & YOUNG, LLP**

By: /s/ Matthew A. Boyd
Phil J. Montoya, Jr.
Matthew A. Boyd
Attorneys for Defendants
RSCR CALIFORNIA, INC.; RES-CARE, INC.; and RSCR INLAND, INC.

| | |
|---|---|
| 1 | **SIGNATURE CERTIFICATION** |

I, Courtney M. Miller, am the CM/ECF User whose login and password are being used to file this Joint Stipulation to Dismiss Class Action Allegations without Prejudice and Individual Claims with Prejudice. I hereby attest that all other signatories listed, and on whose behalf the filing is submitted, concur in the filing's content and have authorized this filing.

Dated: January 27, 2023                    **LAVI & EBRAHIMIAN, LLP**

                              By:   /s/ Courtney M. Miller
                                    Courtney M. Miller, Esq.

---

**JOINT STIPULATION TO DISMISS ACTION**

6