# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| RAYLENE ESPINOSA, on behalf of herself and others similarly situated,<br><br>Plaintiff,<br><br>vs.<br><br>RSCR CALIFORNIA, INC.; RSCR INLAND, INC.; RESCARE POMONA VALLEY; RESCARE; and DOES 1 to 100, Inclusive,<br><br>Defendants. | No.: 2:20-cv-08084-JAK-KK<br><br>CLASS ACTION<br><br>**ORDER RE JOINT STIPULATION TO DISMISS CLASS ACTION ALLEGATIONS WITHOUT PREJUDICE AND INDIVIDUAL CLAIMS WITH PREJUDICE (DKT. 56)**<br><br>**JS-6** |

Based on a review the Parties' Joint Stipulation to Dismiss Class Action Allegations without Prejudice and Individual Claims with Prejudice (the "Stipulation" (Dkt. 56)), sufficient good cause has been shown for the requested relief. Therefore, the Stipulation is **APPROVED** as follows:

1. Plaintiff's class action claims are dismissed from this lawsuit without prejudice;

2. Plaintiff's individual claims are dismissed from this lawsuit with prejudice;

3. Each of the Parties agrees to bear their own fees and costs, if any, incurred in this action; and

4. The action is hereby dismissed in its entirety.

**IT IS SO ORDERED.**

Dated:  January 30, 2023          _____
                                  John A. Kronstadt
                                  United States District Judge